NUMBERS 13-08-00060-CR & 13-08-00061-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_______________________________________________________


JAMES PORIS, Appellant,


v.



THE STATE OF TEXAS, Appellee.

_______________________________________________________


On appeal from the 347th and 319th District Courts 


of Nueces County, Texas.


_______________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellant, James Poris, attempts to appeal his convictions for aggravated assault
and escape. The trial court has certified that each appeal "is a plea-bargain case, and the
defendant has NO right of appeal." See Tex. R. App. P. 25.2(a)(2).

 On January 25, 2008, this Court notified appellant's counsel of the trial court's
certification and ordered counsel to: (1) review the record; (2) determine whether appellant
has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to
whether appellant has a right to appeal, or, alternatively, advise this Court as to the
existence of any amended certification.

 On April 4, 2008, counsel filed a letter brief with this Court. Counsel's response
does not establish that the certification currently on file with this Court is incorrect or that
appellant otherwise has a right to appeal. 

 The Texas Rules of Appellate Procedure provide that an appeal must be dismissed
if the trial court's certification does not show that the defendant has the right of appeal. 
Tex. R. App. P. 25.2(d); see also Tex. R. App. P. 37.1, 44.3, 44.4. Accordingly, these
appeals are DISMISSED. Any pending motions are denied as moot.

 PER CURIAM


Do not publish.

Tex. R. App. P. 47.2(b)


Memorandum Opinion delivered and 

filed this the 12th day of June, 2008.